**FILED**

OCT 18 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Pooya Darabi,<br><br>  Defendant. | Case No. 21-cr-00052-YGR-1<br><br>**ORDER FOR REMAND** |

IT IS SO ORDERED that the defendant, Pooya Darabi, is remanded into the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: October 18, 2022

KANDIS A. WESTMORE
United States Magistrate Judge