RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:  510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
POOYA DARABI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>POOYA DARABI<br><br>    Defendant. | CR 21-00052-1-YGR<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

    Defendant Pooya Darabi, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Alexis James hereby stipulate and request that the sentencing presently set for May 11, 2023 at 2 p.m. be continued to August 17, 2023.  This continuance is at the request of defense counsel who need additional time to prepare for sentencing.  Mr. Darabi was just interviewed by probation on March 21st.

    United States Probation Officer Cindy Suntay has no objection to this continuance.

Date: March 26, 2023　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　RANDY SUE POLLOCK
　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Pooya Darabi

1  Date:  March 26, 2023                                   /s/_____
2                                                          ELIZABETH KELLEY
                                                           Counsel for Pooya Darabi
3

4  Date:  March 26, 2023                                   /s/_____
5                                                          ALEXIS JAMES
                                                           Assistant United States Attorney
6

7

8  SO ORDERED:

9  Date: March 27, 2023                                    _____
10                                                         HON. YVONNE GONZALEZ ROGERS

STIPULATION TO CONTINUE SENTENCING
UNITED STATES VS. DARABI, CR. 21-00052-1-YGR