RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

ELIZABETH KELLEY
Elizabeth Kelley, LPA, Inc.
2525 E. 29th Avenue, Ste. 10-B #225
Spokanne, WA 99223
Tel: (509) 991-7058
zealousadvocacy@aol.com

Counsel for Defendant
POOYA DARABI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 21-00052-YGR |
| Plaintiff, | |
| vs. | **ORDER (AS MODIFIED) AND STIPULATION TO CONTINUE STATUS CONFERENCE** |
| POOYA DARABI, | |
| Defendant. | |

Defendant Pooya Darabi, by and through his counsel of record Randy Sue Pollock and Elizabeth Kelley, and Assistant United States Attorney Alexis James hereby request that the

status conference presently set for June 20, 2024 be continued to August 1, 2024.

This request is to allow the parties additional time to meet and confer regarding the competence report received on April 13, 2024.

Dated: June 17, 2024                    /s/ Randy Sue Pollock
                                        RANDY SUE POLLOCK
                                        ELIZABETH KELLEY
                                        Counsel for Pooya Darabi

Dated: June 17, 2024                    /s/ Alexis James
                                        ALEXIS JAMES
                                        Assistant United States Attorney

**ORDER**

It is hereby ordered that the Status Conference set for June 20, 2024 at 2:00 p.m. is continued to July 31, 2024 at 2:00 p.m.

SO ORDERED this 18th day of June, 2024.

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

*Stipulation to Continue Date for Entry of Plea*
*United States v. Darabi, CR 21-00052-YGR*